[No. 33791-0-III. Division Three. April 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JANETTE R. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-01405-7, John O. Cooney, J., entered September 10, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 69824-9-I. Division One. April 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS QUINTERO CISNEROS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-1-00630-1, Susan K. Cook, J., entered January 11, 2013. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Spearman, JJ.

[No. 71822-3-I. Division One. April 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC STEVEN SCHNEIDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08104-1, Timothy A. Bradshaw, J., entered April 11, 2014. *Reversed in part* and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Cox and Appelwick, JJ.

[Nos. 72067-8-I; 72069-4-I. Division One. April 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAN D. LJUNGHAMMAR ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, Nos. 12-1-04620-1 and 12-1-04621-9, Timothy A. Bradshaw, J., entered May 23, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, C.J., and Spearman, J.